## In re Superior Judge Alden T. BRYAN

[617 A.2d 432]

No. 92-459

November 13, 1992. Pursuant to the recommendation of the Judicial Conduct Board, and approval thereof, it is hereby ordered that Superior Judge Alden T. Bryan is publicly reprimanded for violating Canon 2A, which provides that a judge "should conduct himself . . . in a manner that promotes public confidence in the integrity and impartiality of the judiciary." Rules of the Supreme Court for Disciplinary Control of Judges, Rule 11(1) and (2).